IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| AMERICA'S WARRIOR PARTNERSHIP D/B/A PERMIAN WARRIOR PARTNERSHIP,<br>*Plaintiff,*<br><br>v.<br><br>ROY DOBBINS, LEWIS HINOJOS, and MIL2CIV.ORG,<br>*Defendants.* | §§§§§§§§§§§§ | MO:25-CV-00218-DC |

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THE COURT is the report and recommendation from United States Magistrate Judge Ronald C. Griffin (Doc. 16) concerning Defendants Roy Dobbins, Lewis Hinojos, and Mil2Civ.org's Motion to Dismiss (Doc. 13). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Magistrate Judge Griffin issued his report and recommendation on October 27, 2025. As of the date of this Order, neither party has filed objections.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no party has filed timely objections, the Court reviews the Report and Recommendation for clear error, finding none.

2

As a result, Defendants' Motion to Dismiss is **GRANTED IN PART and DENIED IN PART**. It is **GRANTED** as to Plaintiff's claims of fraud, breach of fiduciary duty, conversion, and conspiracy, and **DENIED** as to Plaintiff's claim of defamation. Plaintiff's claims of fraud, breach of fiduciary duty, conversion, and conspiracy are **DISMISSED WITHOUT PREJUDICE**. Plaintiff's request to amend its Complaint is **GRANTED**. Plaintiff has 14 days from the date of this Order to file an Amended Complaint.

It is so **ORDERED**.

SIGNED this 12th day of November, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE